IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANGEL VANGAS,**<br>       **Petitioner,**<br><br>v.<br><br>**THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA and THE DISTRICT ATTORNEY OF PHILADELPHIA COUNTY,**<br>       **Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  19-6112** |

# O R D E R

**AND NOW**, this 30th day of November, 2020, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Rangel Vangas, the Report and Recommendation of United States Magistrate Judge Timothy R. Rice dated September 23, 2020, and the record in this case, no objections having been filed notwithstanding the passage of time for doing so, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Timothy R. Rice dated September 23, 2020, is **APPROVED** and **ADOPTED**;

2. Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Rangel Vangas, is **DENIED** and **DISMISSED WITH PREJUDICE** for the reasons stated in the Report and Recommendation; and,

3. The Clerk of Court shall **MARK** this case **CLOSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural

2

rulings with respect to petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

          **BY THE COURT:**

          **/s/ Hon. Jan E. DuBois**

          **DuBOIS, JAN E., J.**